# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

ALBERTA MAE MCARTHUR,

Plaintiff,

-against-

TARGET CORPORATION d/b/a TARGET STORES,

Defendant.

Index No.:

SUMMONS

Plaintiff designates **BRONX** as the place of trial. The basis of venue is Plaintiff's residence: 140 Carver Loop, Bronx, New York 10475.

**To the above-named Defendant:**

**You are hereby summoned** to answer the Complaint in this action and to serve a copy of your Answer, or, if the Complaint is not served with this Summons, to serve a notice of appearance, on the Plaintiff's attorney(s) within 20 days after the day of service (or within 30 days after the service is complete if this Summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

Dated: New York, New York
March 13, 2024

Justine B. Uy
Rosenbaum & Rosenbaum, P.C.
*Attorneys for Plaintiff*
100 Wall Street, 15th Floor
New York, NY 10005
212-514-5007

TO: **TARGET CORPORATION d/b/a TARGET STORES**
c/o Secretary of State
1000 Nicollet Mall
Minneapolis, Minnesota 55403

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

ALBERTA MAE MCARTHUR,

Plaintiff

Index No.:

-against-

**VERIFIED COMPLAINT**

TARGET CORPORATION d/b/a TARGET STORES,

Defendant

Plaintiff, ALBERTA MAE MCARTHUR, by her attorneys, ROSENBAUM & ROSENBAUM, P.C., sets forth and alleges the following, upon information and belief, as and for her Verified Complaint:

1. That at all relevant times, Plaintiff, ALBERTA MAE MCARTHUR was and is a resident of the State of New York, County of Bronx.

2. That at all relevant times, Defendant, TARGET CORPORATION D/B/A TARGET STORES, is a foreign business corporation allowed to exist under and by virtue of the laws of the State of New York.

3. That at all relevant times, Defendant, TARGET CORPORATION D/B/A TARGET STORES, was the owner of the premises commonly known as "Target", located at 500 East Sanford Boulevard, Mount Vernon, New York 10550.

4. That at all relevant times, Defendant, TARGET CORPORATION D/B/A TARGET STORES, was the lessor of the premises commonly known as "Target", located at 500 East Sanford Boulevard, Mount Vernon, New York 10550.

5. That at all relevant times, Defendant, TARGET CORPORATION D/B/A TARGET STORES, was the lessee of the premises commonly known as "Target", located at 500 East Sanford Boulevard, Mount Vernon, New York 10550.

6. That at all relevant times, Defendant, TARGET CORPORATION D/B/A TARGET STORES, by its agents, servants, employees, staff, licensees, and/or independent contractors managed the premises commonly known as "Target", located at 500 East Sanford Boulevard, Mount Vernon, New York 10550.

7. That at all relevant times, Defendant, TARGET CORPORATION D/B/A TARGET STORES, by its agents, servants, employees, staff, licensees, and/or independent contractors maintained the premises commonly known as "Target", located at 500 East Sanford Boulevard, Mount Vernon, New York 10550.

8. That at all relevant times, Defendant, TARGET CORPORATION D/B/A TARGET STORES, by its agents, servants, employees, staff, licensees, and/or independent contractors operated the premises commonly known as "Target", located at 500 East Sanford Boulevard, Mount Vernon, New York 10550.

9. That at all relevant times, Defendant, TARGET CORPORATION D/B/A TARGET STORES, by its agents, servants, employees, staff, licensees, and/or independent contractors controlled the premises commonly known as "Target", located at 500 East Sanford Boulevard, Mount Vernon, New York 10550.

10. That at all relevant times, Defendant, TARGET CORPORATION D/B/A TARGET STORES, had a duty to inspect the premises commonly known as "Target", located at 500 East Sanford Boulevard, Mount Vernon, New York 10550 in a reasonably safe condition, free from traps, nuisances and other hazards constituting a danger and menace to all persons lawfully and properly walking about the premises.

11. That at all relevant times, Defendant, TARGET CORPORATION D/B/A TARGET STORES, had a duty to repair the premises commonly known as "Target", located at 500 East Sanford Boulevard, Mount Vernon, New York 10550 in a reasonably safe condition, free from traps, nuisances

and other hazards constituting a danger and menace to all persons lawfully and properly walking about the premises.

12. That at all relevant times, Defendant, TARGET CORPORATION D/B/A TARGET STORES, had a duty to keep the premises commonly known as "Target" located at 500 East Sanford Boulevard, Mount Vernon, New York 10550 in a reasonably safe condition, free from traps, nuisances and free from other hazards constituting a danger and menace to all persons lawfully and properly walking about the premises.

13. That at all relevant times, Defendant, TARGET CORPORATION D/B/A TARGET STORES, breached their aforementioned duty to keep the premises commonly known as "Target" located at 500 East Sanford Boulevard, Mount Vernon, New York 10550 in a reasonably safe condition, free from traps, nuisances and free from other hazards constituting a danger and menace to all persons lawfully and properly walking about the premises.

14. That Plaintiff, ALBERTA MAE MCARTHUR, was caused to suffer serious and permanent personal injurie as a result of Defendant, TARGET CORPORATION D/B/A TARGET STORES' breach of their aforementioned duty.

15. On September 9, 2023, Plaintiff was lawfully traversing within an aisle of the premises commonly known as "Target" located at 500 East Sanford Boulevard, Mount Vernon, New York 10550 when owing to the negligence of Defendant, TARGET CORPORATION D/B/A TARGET STORES, in failing to keep the premises in a safe and proper condition and in permitting it to become and remain dangerous and unsafe, Plaintiff suddenly and without any notice or warning to herself, was caused to slip and fall violently to the ground due to a liquid substance on the floor therein

16. That the above incident was caused by the negligence of Defendant, TARGET CORPORATION D/B/A TARGET STORES, its servants, agents, employees, and/or contractors, in their ownership, operation, maintenance, management, control, inspection, repair and/or use of

the premises commonly known as "Target" located at 500 East Sanford Boulevard, Mount Vernon, New York 10550; in causing, permitting, and allowing a liquid substance to accumulate and/or remain on the floor of the subject premises; in causing, permitting and allowing a wet, slippery, trap-like, dangerous and defective condition to exist and remain within the subject premises; in causing, creating, and/or allowing the dangerous and defective condition - to wit, the accumulation of a liquid substance on the floor of the subject premises - to exist and remain for an unreasonably long period of time prior to the incident despite notice of same; n failing to properly maintain the subject premises in a good, safe, and useable condition; in failing to make their premises a safe place to walk; in negligently maintaining the subject premises; in failing to prescribe adequate inspections of the premises; in failing to properly inspect the subject premises for the subject dangerous and defective conditions; in negligently inspecting the subject premises for the subject dangerous and defective conditions; in failing to properly remedy the subject dangerous and defective condition; in negligently remedying the subject dangerous and defective condition; in failing to respond to complaint(s) made regarding said dangerous and defective condition; in failing to put down mats and/or towels to prevent the occurrence of a slippery condition; in failing to set up barriers and/or warnings; in failing to set up runners; in failing to put up caution tape or otherwise cordon off the dangerous and defective condition; in failing to properly remove the dangerous and defective condition; in negligently removing the dangerous and defective condition; in failing to take proper and adequate steps to safeguard Plaintiff and others similarly situated; in failing to exercise due and required care, caution, and forbearance in the ownership, operation, maintenance, management, control, inspection, repair and/or use of the subject premises; and in other ways being negligent, reckless, and careless.

17. That the subject incident was caused solely by the negligence, carelessness, and recklessness of Defendant, TARGET CORPORATION D/B/A TARGET STORES, its servants, agents, employees, and/or contractors, without any negligence on the part of the Plaintiff, ALBERTA

MAE MCARTHUR, contributing thereto.

18. That Defendant caused and created the subject dangerous and defective conditions.

19. That Defendant had actual notice of the subject dangerous and defective conditions.

20. That Defendant had constructive notice of the subject dangerous and defective conditions.

21. That as a direct and proximate result of the negligence, carelessness, and reckless of Defendant, Plaintiff, ALBERTA MAE MCARTHUR, was made sick, sore, lame and disabled and has remained so since the occurrence; has suffered and continues to suffer from severe pain, suffering, physical distress and anguish, fright, shock and nervousness; has and will be required to undergo painful medical treatments including the need for possible future surgery; has been and will continue to be prevented from attending to Plaintiff's usual activities; and was otherwise damaged.

22. That this action falls within one or more of the exceptions contained in C.P.L.R. §1601 and §1602.

**WHEREFORE,** Plaintiff, ALBERTA MAE MCARTHUR, demands judgment against Defendants, TARGET CORPORATION d/b/a TARGET STORES, in excess of seventy-five thousand dollars which exceeds the jurisdictional limits of lower Courts of competent jurisdiction, or an amount in excess thereof which is deemed fair and equitable compensation by a jury at the time of trial, together with the costs and disbursements of this action.

Dated: New York, New York
March 13, 2024

Justine B. Uy
Rosenbaum & Rosenbaum, P.C.
*Attorneys for Plaintiff*
100 Wall Street, 15th Floor
New York, NY 10005
212-514-5007

## ATTORNEY VERIFICATION

STATE OF NEW YORK )
) ss:
COUNTY OF NEW YORK )

Justine B. Uy, an attorney duly admitted to practice before the Courts of the State of New York hereby affirms the following to be true, upon information and belief, under penalty of perjury:

I am associated with Rosenbaum & Rosenbaum, P.C., attorneys of record for the Plaintiff in the above action.

I have read the annexed **SUMMONS AND COMPLAINT** and know the contents thereof. The same is true to my own knowledge, except as to the matters stated therein to be alleged upon information and belief, and as to those matters, I believe them to be true. The reason this Verification is made by me and not by Plaintiff, is that Plaintiff resides outside of the county in which I maintain my law office.

The grounds of my belief as to all matters not stated therein upon my own knowledge are as follows: a review of the file maintained by this office, books records and investigation.

Dated: New York, New York
March 13, 2024

Justine B. Uy
Rosenbaum & Rosenbaum, P.C.
*Attorneys for Plaintiff*
100 Wall Street, 15th Floor
New York, NY 10005
212-514-5007