UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERTA MAE MCARTHUR,

                              Plaintiff,

          -v-                                          CIVIL ACTION NO. 24 Civ. 2837 (LAK) (SLC)

TARGET CORPORATION d/b/a TARGET STORES,                **ORDER**

                              Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

        Pursuant to the telephonic status conference held today, August 14, 2024, a further

telephonic status conference is scheduled for **Tuesday, October 22, 2024 at 4:00 p.m.** on the

Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799,

at the scheduled time.

Dated:        New York, New York
              August 14, 2024

                              SO ORDERED.

                              _____
                              **SARAH L. CAVE**
                              **United States Magistrate Judge**