UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERTA MAE MCARTHUR,

                Plaintiff,

-v-

TARGET CORPORATION d/b/a TARGET STORES,

                Defendant.

CIVIL ACTION NO. 24 Civ. 2837 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

At the telephonic status conference held on Tuesday, October 22, 2024, counsel represented to the Court that they were preparing a stipulation of dismissal to be filed in this action. Having received no update since that time, the Court directs the parties to meet and confer and file either a stipulation of dismissal or a joint letter providing an update regarding their discussions by **Thursday, November 14, 2024.**

Dated:     New York, New York
            November 7, 2024

SO ORDERED.

_(signature)_
SARAH L. CAVE
United States Magistrate Judge